# EXHIBIT

# 1

# AGREEMENT

## Between

## MECHANICAL CONTRACTORS ASSOCIATION OF KENTUCKY, INC.

## and

## PLUMBERS, PIPEFITTERS
## and
## SERVICE TECHNICIANS
## LOCAL UNION 502

## EFFECTIVE AUGUST 01, 2017 THRU JULY 31, 2022



# TABLE OF CONTENTS

| Art.# | ARTICLE | PAGE |
|-------|---------|------|
|  | Geographical Jurisdiction & Map |  |
| 1. | Agreement |  |
| 2. | Purpose |  |
| 3. | Recognition |  |
| 4. | Union Security |  |
| 5. | Management Rights |  |
| 6. | Duration |  |
| 7. | Employer Standards |  |
| 8. | Shop Rules |  |
| 9. | Engineers & Superintendents |  |
| 10. | Apprentices |  |
| 11. | Employees From Other Jurisdictions |  |
| 12. | Tools |  |
| 13. | Uniforms |  |
| 14. | Protective Gear & Safety |  |
| 15. | Wages |  |
| 16. | Employee Fringe Benefits,non Fringe remittances & Payroll deductions |  |
| 17. | Holidays & Vacation |  |
| 18. | Reporting Pay and Call-In Pay |  |
| 19. | Insurance |  |
| 20. | Commuting |  |
| 21. | Travel Time |  |
| 22. | Mileage |  |
| 23. | Board and Transportation |  |
| 24. | Stewards |  |
| 25. | Work Jurisdiction |  |
| 26. | Joint Conference Committee |  |
| 27. | No Strike - No Lockout |  |
| 28. | Other Agreements |  |
| 29. | Savings and Separability Clause |  |
| 30. | Drug and Alcohol Abuse |  |
|  | **Local Service Agreement** |  |
| 31. | Recognition |  |
| 32. | Union Security |  |
| 33. | Union Representation & Access to Jobs |  |
| 34. | Geographical Territory & Trade Jurisdiction |  |

| Art.# | ARTICLE | PAGE |
|-------|---------|------|
| 35. | Scope of Work Mech. Service & Maint. |  |
| 36. | Scope of Work Ammonia, Cryogenic & Supermarket Refrigeration Systems |  |
| 37. | Subcontracting |  |
| 38. | Management Rights |  |
| 39. | Classification of Employees |  |
| 40. | Temporary Shift Work Conditions |  |
| 41. | Permanent Shift Work Conditions |  |
| 42. | Hiring & Use of Employees |  |
| 43. | Wages, Benefits & Hours of Work |  |
| 44. | Uniforms & Tools |  |
| 45. | Travel & Subsistence |  |
| 46. | No Strike, No Lockout |  |
| 47. | Industry Promotion Fund |  |
| 48. | Savings & Separability Clause |  |
| 49. | Duration & Termination |  |
| 50. | Sole Agreement |  |
| 51. | General Provisions |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | APPENDIX "A" JOURNEYMAN |  |
|  | APPENDIX "A" APPRENTICES |  |
|  | APPENDIX "B" M.E.S. & M.E.T. |  |
|  | APPENDIX "C" PRE-APPRENTICES |  |
|  | APPENDIX "D" METAL TRADES |  |
|  | APPENDIX "E" NAT'L PENSION |  |
|  |  |  |
|  | Signature Commercial Pipe Fabrication |  |
|  | Signature Page For Construction & Local Service |  |

KY-MCA

# Geographical Jurisdiction

The jurisdictional area covered by this Agreement is the territorial jurisdiction in Kentucky and Indiana allocated to Local Union # 502 by the United Association.

**This Agreement covers the following counties in Kentucky:**

Adair, Allen, Barren, Breckinridge, Bullitt, Butler, Carroll, Cumberland, Edmondson, <u>Fort Knox (entire reservation)</u>; Franklin, Grayson, Green, Hardin, Hart, Henry, Jefferson, Larue, Marion, Meade, Metcalfe, Monroe, Nelson, Oldham, Shelby, Spencer, Taylor, Trimble, Warren, Washington, and any other counties assigned by the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada.

**This Agreement covers the following counties in Indiana:**

Clark, Crawford, Floyd, Harrison, Jefferson and Scott

| KENTUCKY COUNTIES: | | | | | INDIANA COUNTIES: |
|---|---|---|---|---|---|
| Adair | Carroll | Hardin | Meade | Simpson | Clark |
| Allen | Cumberland | Hart | Metcalfe | Spencer | Crawford |
| Barren | Edmonson | Henry | Monroe | Taylor | Floyd |
| Breckinridge | Franklin | Jefferson | Nelson | Trimble | Harrison |
| Bullitt | Grayson | Larue | Oldham | Warren | Jefferson |
| Butler | Green | Marion | Shelby | Washington | Scott |



KY-MCA

## ARTICLE 1 - Agreement

1.    It is mutually understood that the public can best be served and progress maintained and furthered in the Plumbing and Pipe Fitting Industry only if there is a sound, reasonable and harmonious working arrangement between the Employer and the Employee. This Agreement, therefore, is made by and between the MECHANICAL CONTRACTORS ASSOCIATION OF KENTUCKY, INC. (hereinafter referred to as "Association"), acting for and on behalf of Members and other Contractors represented by the Association (such Members and Contractors hereinafter referred to as "Employer") and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL UNION 502 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada (hereinafter referred to as "Union"). When masculine pronouns are used in this Agreement, they shall be deemed to include persons of either gender.

## ARTICLE 2 - Purpose

2.    THIS AGREEMENT is entered into to prevent strikes and lockouts, to facilitate peaceful adjustment of grievances and disputes between Employees and Employers in the trade, to prevent waste and unnecessary and avoidable delays and expenses, to prevent a dispute in any one trade from inconveniencing or tying up the work of another trade, and for the purpose of at all times securing for Employers sufficient skilled workmen, and so far as possible to provide continuous employment and such employment to be in accordance with the conditions herein set forth and at the wages agreed upon; that stable conditions may prevail in the building construction industry; that building costs may be as stable as possible, consistent with fair wages and conditions; and further to establish the necessary procedures by which these ends may be accomplished. The UA Standard for Excellence is a joint labor-management pledge to uphold the highest industry standards in the workplace, with the ultimate goal of ensuring complete customer satisfaction. Therefore, the UA Standard for Excellence is hereby incorporated by reference in its entirety as an integral component of this collective bargaining agreement.

## ARTICLE 3 - Recognition

3.    The Association and Employers hereby recognize Local Union 502 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada as the sole and exclusive Bargaining Representative for all their employees performing any work covered by this Agreement and employed in the area described in the geographical jurisdiction set out in this Agreement.

4.    The Union and Employees hereby recognize the Mechanical Contractors Association of Kentucky, Inc. as the sole and exclusive Bargaining Representative for its Employer Members and for those Non-Member Contractors that have furnished the Association with collective bargaining authorizations. For purposes of this Agreement, the term "Employer" includes and is limited to Employer Members of the Association and those Non-Member Employers who have assigned their collective bargaining rights to the Association by written authorization or who have otherwise agreed to be bound to this Agreement by a letter of assent.

## ARTICLE 4 - Union Security

5.    The parties recognize that Kentucky and Indiana laws prohibit a union or agency shop agreement. Consequently, for as long as laws prohibiting a union or agency shop agreement are in effect, the following sections 6, 7 and 8 shall not be effective. However, if during the life of this Agreement , federal or state statutes are changed by act of a state legislature or no longer prohibited, or if laws prohibiting union or agency shop provisions are declared unlawful, then the provisions of paragraphs 6,7 and 8 will become effective where so permitted.

6.    All employees in the bargaining unit who are members of the Union in good standing, on the effective date of this Agreement or on the date of its execution, whichever is the latter, must, as a condition of employment, maintain their membership in good standing for the life of this Agreement.

7.    Any employee who is not a member of the Union, and any employee who is hired, on or before the effective date of this Agreement, or the date of its execution, whichever is the latter, shall be required to apply for membership in the Union on the 8th day of their employment, following the effective date of this Agreement, or the date of their employment, whichever is the latter. Such employees who become members of the Union, must, as a condition of their employment, maintain their membership for the duration of this Agreement. If an applicant is refused employment, the Employer will submit a statement to that effect, with no reason being required or stated, when requested to do so by the Union in writing.

8.    No employee shall be discharged from employment for violation of this Article except for failure to pay union dues, initiation fees and assessments required by the Union.

9. The Employer or the individual contracting firm agrees to notify the Union when additional or replacement employees are needed. The Union agrees to furnish applicants on a non-discriminatory basis to perform the necessary work when so notified, within 48 hours after receiving the request from the Employer. The decision, with regard to the hire and tenure of all employees, shall be made by the Employer. Loaning and/or borrowing employees from contractor to contractor will be prohibited. Any employer found working an employee covered under the local 502 CBA and has not signed up at the local 502 union hall may be fined $250 two hundred and fifty dollars and this fine shall double with each violation found there after under this rule.

10. In consideration of the foregoing Agreement by the Employer, the Union agrees to furnish competent and qualified applicants for the reference when requested, as provided in the above paragraph, on a non-discriminatory basis. The Union and the Employer mutually agree that they will not discriminate against anyone because of race, color, creed, age, sex, persons qualifying under the American's With Disabilities Act, or national origin in accepting members, or in the selection and hiring of employees, and do further agree that they will comply with all State and Federal Laws and Regulations regarding Equal Employment Opportunity..

11. Employer will deduct amounts as outlined in Article 15 - Wages, from employee paychecks as authorized in writing or electronically by employees, for Union Check-Off (dues, working assessments, service fees and/or initiation fees) and transmit along with fringe benefits as outlined in Article 16 - Employee Fringe Benefits/ Remittance

## ARTICLE 5 - Management Rights

12. It is the intent of all parties to this Agreement that the employee will furnish a fair day's work for a fair day's pay.

13. Management shall be the sole determiner of the size and composition of the work force. Management shall have the prerogative of controlling its operations, introducing new or improved methods or facilities and changing methods or facilities, subject to the limitations set forth in this Agreement.

14. There shall be no limit to production by workmen, nor restrictions on the full use of tools or equipment. Craftsmen using tools shall perform any of the work of the trade. There shall be no restriction on efficient use of manpower other than as may be required by safety regulations.

15. The employer shall have the right to refuse any referral by the Union who cannot show proof that they have the proper licensing and current drug card.

## ARTICLE 6 - Duration

16. THIS AGREEMENT shall become effective August 01, 2017 and remain in effect thru July 31, 2022, and shall automatically renew itself from year to year thereafter, unless written notice of desire to modify or terminate is given by either party at least sixty (60) days prior to the expiration of the five year period, and at least sixty (60) days prior to the expiration of any annual period thereafter. If such notice is given, negotiation for a new Agreement shall begin promptly. By mutual consent, this Agreement can be amended or added to at any time.

17. If the parties have attempted to reach an agreement but have not been able to do so, they may agree (but shall not be required) to submit their dispute to the Industrial Relations Council ("IRC"). In the event that the parties agree to submit the entire contract to the IRC, or may choose to submit only specific contract issues to the IRC. Any monetary issues decided by the IRC after the expiration of the existing contract shall be retroactive to the expiration date of the existing contract.

   If State or Federal laws on hospitalization change then by mutual consent it will be discussed.

## ARTICLE 7 - Employer Standards

18. It is agreed that any individual, partnership, or corporation desiring to become a party to this Agreement and to maintain the Agreement in force must meet each and all of the following conditions:

19. Eligibility to be a party signatory to this Agreement will be limited to those Employers engaged in the plumbing, heating, industrial piping, air conditioning, and/or commercial and industrial refrigeration contracting business.

20. Each Employer must maintain a bona fide place of business.

21. An Employer must employ at least one journeyman continuously.

22. For an Employer to be permitted to work in the capacity of a journeyman or apprentice on any job, they must comply with the same working rules as a journeyman.

23. In the event of a multiple ownership of a company, the ownership must designate in writing to the Union which, if any, one of those owning any portion of the business will work in the capacity of a journeyman; never more than one such person per company.

KY-MCA

24. Each signer of this agreement must post a bond with the Local 502 Office to insure payment of wages and fringe benefits in the amount agreed upon by the Benefit Fund Trustees, but not less than ten thousand dollars ($10,000.00).

25. Employers will make payroll records available for review upon demand by the Benefit Funds Administrator or a member of the Joint Conference Committee or the Benefit Fund Trustees, who is acting pursuant to a directive from that Committee.

26. All company-owned trucks will be lettered externally with the name of the company.

27. The Union agrees that the standards set forth in this section will be uniformly enforced and required of all signers of this Agreement. The Union also agrees that no individual, while in the employ of a signer of this Agreement, will be permitted to sign an Agreement and act as an Employer under the provisions of this Agreement.

28. The Union will furnish the Mechanical Contractors Association a signed copy of each Agreement within five days.

29. Agreements signed will contain at least the following:

    1) The full name of the company.

    2) Company address.

    3) Telephone number.

    4) Fax number.

    5) Whether company is corporation, partnership, or individual ownership.

    6) Name, home address, home telephone number and title of individual or individuals responsible for company operation and policy.

30. Employer's signatory to this Agreement will notify the Union by letter in duplicate of any changes in any of the information contained in above paragraph.

## ARTICLE 8 - Shop Rules

**Section 1 - General**

31. The regular starting time in each 24-hour period of each working day shall be from 6:00 a.m. to 9:30 a.m. The regular working days shall be Monday through Friday and the regular work week shall be Sunday through Saturday. Work curtailment for the purposes of extending holidays or extending weekends when work is available will not be permitted unless a majority of employees on any job are agreeable. When mutually agreed, any job and/or shop may work 4-10's in lieu of 5-8's. When working 4-10's, in the event a day, or part of a day is not worked, Friday may be a makeup day with full ten (10) hours to be worked and will be paid at the straight time base rate except in the event more than forty (40) hours are worked in a five day work period, the excess forty "40" will be paid at the overtime rate. Any job and/or shop working 4-10s, the 11th and 12th hour of the shift will be paid at 150% of the straight time base rate. The 13th hour and after will be paid at 200% of the straight time base rate. Any employee working a make-up day shall receive the applicable rate of pay established for that day.

32. If any employee covered under the local 502 CBA has been working 10 consecutive hours or more and the work hours run into the following days regular scheduled start time, the worker will be paid at the highest obtained wage rate until the worker has had 8 hours off work.

33. The use of time clocks is prohibited. Job site is defined as the designated work area.

34. If not already reasonably available, Employers will provide employees on jobs with cold water, drinking cups, and sanitary toilet facilities, or employees will be permitted adequate means to avail themselves of same.

35. Ample time shall be allowed employees to wash hands at lunchtime and at quitting time, and to decontaminate themselves after being subjected to hazardous materials.

36. Employees in the bargaining unit shall exercise diligence and care concerning their safety, and the Employers shall provide for carrying out all safety measures. Both parties to this agreement acknowledge that the maintenance and enforcement of safety measures to protect bargaining unit employees while working for the Employers signatory to this agreement shall be the responsibility of the Employers and the Employee.

37. No physical examination will be required as a general condition of employment. Production or efficiency slips will not be permitted.

38.     Employees represented by Local 502 employed on any particular job will have first preference to perform premium time work provided they are fully qualified to perform the required work.

39.     The Union and the Employers agree to support all reasonable efforts to improve the quality of workmanship individually and collectively, eliminate waste, conserve tools, materials, supplies, and foster improved methods and techniques.

41.     A first aid kit will be provided for each job and each service vehicle.

42.     When employees are required to handle any hazardous materials, all employees will be made familiar with said contents, the possible repercussions from said materials, and if the materials are combustible.

43.     When an employee is employed they will sign the normal W-4 form and only other forms required by law.

44.     Upon termination, the employer shall submit a termination report at the end of the next pay period. This three-part form will be furnished to the contractor, one part for the contractor's records, one part to employee, and one part to be sent to the Union Hall by mail or fax, within three (3) working days.

**Section 2 - Shift Work**

45.     Shift work may be performed at the option of the Employer when the following provisions are met:

46.     Shifts will consist of at least eight (8) hours each.

47.     Establishing a shift- shift to be worked for three consecutive calendar days Monday through Friday.

48.     The first shift will be the day shift.

49.     When applicable, the second shift will follow the first shift by no more than one hour, except on in-plant maintenance, which shall be determined by Owner/Employer.  Manning of the first shift is not required to have a second shift and/or third shift.

50.     1) The second and third shifts will include a one-half hour paid lunch period.

        2)  When two (2) or three (3) shifts are worked, the first day or day shift shall be established on an eight (8) hour basis, paid for eight (8) hours; the second shift shall be established on a seven and one half (7-1/2) hour basis, paid for eight (8) hours plus $1.50; and the third shift shall be established on a seven (7) hour basis, paid for eight (8) hours plus $1.50 per hour.

        3)  When shift work is performed, it must continue for a period of not less than three (3) workdays.

51.     The pay for second and third shifts will be $1.50 per hour added to the straight time base rate for regular working hours, Monday through Friday.

52.     All overtime work performed on the second or third shifts will prevail as follows:

        a)  The first two (2) hours performed in excess of the eight (8) hour workday, Monday through Friday, and the first ten (10) hours on Saturday will be compensated at 150% of the straight time base rate.

        b)  All hours worked in excess of ten (10) hours Monday through Saturday and Sundays and Holidays will be compensated at 200% of the straight time base rate.

53.     After the second journeyman is hired on any shift, one is to be designated as foreman.

## ARTICLE 9 - Engineers and Superintendents

54.     Engineers and Superintendents will not be permitted to work as journeymen at all.

## ARTICLE 10 - Apprentices

55.     All apprentices must be indentured under the Federal Apprenticeship Program.

56.     In order to be eligible to employ an apprentice, an Employer must employ a journeyman at least ten (10) months per year.

57.     The ratio of apprentices to journeymen shall be according to the following schedule:

| Journeymen | 1 | 5 | 9 | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apprentices | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |

58. All working conditions provided in this Agreement for journeymen apply to apprentices.

59. Employers signatory to this Agreement hereby agree to abide by all provisions of the Apprenticeship Standards as published1and/or amended from time to time.

60. Every new indentured apprentice is to have thirty (30) hours of OSHA safety training within the first 60 days of the apprenticeship orientation

61. If the Joint Apprenticeship and Training Committee deems day school is necessary the contract shall be changed as required.

## ARTICLE 11 - Employees from Other Jurisdictions

62. When an employee reports for work in this jurisdictional area, the employee must notify the Union Hall personally before performing work. He must abide by all Collective Bargaining Agreement provisions of this jurisdiction, including wage rates, and fringe benefits.


## ARTICLE 12 - Tools

63. Each employee covered by the terms of this Agreement shall equip themselves with a 6' stick rule or a 25' tape measure and a pair of pliers. The employers agree to furnish all other tools and equipment necessary to complete assigned jobs.

64. Employees will exercise due care in the handling and safeguarding of tools. No journeyman or apprentice shall be required to deposit any money to guarantee the safety of any tools.

## ARTICLE 13 - Uniforms

65. When uniforms are to be worn by the employee they shall be furnished and maintained by the employer at no expense to the employee. Such uniforms are the property of the employer and must be immediately returned to him upon termination of employment.

## ARTICLE 14 - Protective Gear and Safety

66. With the exception of steel toe boots, the contractor will furnish:

   1) Protective gear for employees engaged in welding including goggles, gloves, sleeves and welding hoods.

   2) Protective gear for employees handling or exposed to acids or chemicals.

67. The Employer and Business Representative shall mutually agree when special clothing is required. The employee will assume full responsibility for protective clothing provided for them by the Employer and shall return all special protective clothing when no longer required.

68. If employee's clothing is contaminated or destroyed beyond use, the Business Manager or his designee and the contractor will agree on the amount of compensation to be paid within seven days.

## ARTICLE 15 – Wages

### Section 1 – General

69. Throughout this entire Article, the following apply equally to all employees covered by this agreement.

   **Definitions:**

   1) **Straight Time Base Rate** - Rate for work performed during regular working hours on regular working days.

   2) **Overtime Rate** - Rate for work performed other than regular working hours and for work performed on holidays (except Labor Day).

   3) **Labor Day Rate** - Rate for work performed on Labor Day (multiply the Straight Time Base Rate by 3, triple time).

   4) **Gross Wages** - Total (gross) weekly wages determined by the number of hours worked at the various applicable rate during any given weekly pay period.

   5) **Withholding** - Self-explanatory. Employer will deduct Indiana state taxes when requested. To be computed on the basis of the gross weekly wages.

   6) **Net Wages** - Amount remaining after applicable withholdings have been deducted from gross wages.

KY-MCA

7) **Union Check-Off** - Hourly amounts computed on a per-hour basis, deducted from gross wages, as authorized by the employee in writing or electronically, and transmitted with fringe benefits to be applied by the Union against Union dues, working assessments, service fees, and/or initiation fees.

8) **Net Pay** - Net pay (cash or check) received for hours worked during any weekly pay period.  Amount of pay (cash or check) will be the earned gross weekly wages less applicable withholdings and other authorized payroll deductions.

70.    A new employee may be permitted to request an advance of pay, one time only, not to exceed the amount due them at that time.  Such request must be made twenty-four (24) hours in advance of regular payday.

**General Conditions**

1) No work performed under the provisions of this Agreement shall be paid at less than the applicable rates for work performed as outlined in Section 2.

2) Required Deductions from Net Wages

3 ) The following, computed on a per-hour-worked basis will be deducted, as authorized by the employee in writing or electronically, from the weekly wages of journeyman and apprentices MES, MET,  Metal Trades and Pre-Apprentices(*) and transmitted along  with fringe benefits in accordance with existing procedures: Union Check-Off, UA PAC Fund, State (KY & IN) PAC Fund and the Advertising & Promotion fund.  (*Only the Union Check-Off applies to the Pre-Apprentice)

**The cost incurred in the collection and distribution of fringe benefits, check-offs and other deductions are part and parcel to this Collective Bargaining Agreement.**

**Section 2 - Rates for Journeymen, Service Technicians, Apprentices, Pre-Apprentices and Metal Tradesmen**

71.    The complete schedule of Rates for above Classifications under the terms of this Agreement, together with applicable effective dates, shall be set forth in the Appendices.

**Section 3 - Rates for Foremen**

72.    The General Foremen shall receive not less than 8% of the journeyman straight time base rate, 10% if they have received a Certificate of Foreman Training from the Local 502 Training School.  When the third employee represented by Local Union No 502 is employed on a job, one of the three must be classed as a Foreman, and they shall receive 5% above the journeyman straight time base rate or 8% if they have received a Certificate of Foreman Training from the Local 502 Training School.

73.    An Employer must have a General Foreman if they do not maintain a permanent shop in this jurisdiction.

**Section 4 - Payment**

74.  All wages shall be paid in lawful currency, check or direct deposit showing employee's name, hours worked and amount due.  If paid by check, the Employer shall make payment by negotiable check on demand of pay, and the Employer issuing such checks shall provide facilities for cashing the checks at face, without charge or discount.  All payroll deductions shall be listed and furnished to the employee.  If paid by mail, check must be post-marked to the employee's current address at least two-days prior to regular payday.  If paid by direct deposit funds must be available by midnight the day prior to the established payday. Check stub will be made available electronically  to the employee working under the local 502 CBA on a weekly basis  or the employee may choose to have the check stubs mailed to them once a month. If laid off all check stubs and money owed to the employee will be hand delivered at time of lay off. If the contractor is not set up to make check stubs available electronically to the employee, the employee will receive their check stub weekly.  If direct deposit is used the employee may choose up to four (4) different accounts for deposits.  There shall be an exception from direct deposit if hardship can be shown to the union.

75.  Wages shall be due and payable during regular working hours if payment is made on the job.  If payment is made at the shop, the employees must be at the shop at 4:30 p.m. or prior to the end of the shift to receive payment.  Employees working the 2nd or 3rd shifts shall receive their wages prior to the day shift of the regular day of payment.  Upon non-payment by regular quitting time each employee will receive two (2) hours pay per day to be paid by noon of the next day.

76.  When an employee's services are terminated by their Employer, all accrued wages shall be due and payable immediately on the job in the form of a check or cash.

77.  If conditions arise beyond the Employers control, payment of accrued wages for the previously scheduled number of work hours for shut downs, startups or turnarounds will be made upon termination of employment; payment of additional accrued wages, if any, will be made as soon as the payroll department returns to work the next regularly scheduled work day.  If

through fault of employee, the amount of payroll check is greater than wages due, the check will not be dispersed. A corrected check will be processed and issued when payroll department returns to work, no later than noon.

78. In the event a bad or cold check is received by any employee from any Employer, the bad or cold check and all future payments (wages and fringe benefits) will be paid by certified check or cash.

## ARTICLE 16 -Employee Fringe Benefits/ Remittance

79. All remittances and fringe benefits stipulated in all Appendices, as attached hereto, are due to be paid on behalf of all employees in the bargaining unit for each hour worked. Remittances and fringe benefits are due payable to the Plumbers and Pipe Fitters Local Union 502 Fringe Benefit Funds Office <u>at 4330 Crittenden Drive Suite-B., Louisville, Kentucky 40209</u>, by the 10th of the month, for all pay periods ending in the preceding month. <u>All remittances and fringe benefits will be mailed to the above address</u> (or filed electronically on the administrator's payment portal) and the Benefit Fund Office will distribute the remittances to each of the fund entity's bank account(s).

80. The Trustees of the Local 502 trust funds have the authority to assess liquidated damages in the form of monetary penalties for late payment of fringe benefits. These assessments are due and payable immediately upon notification.

81. Notwithstanding the provisions of Article IV, paragraphs 7 and 9, or any other provisions of the Agreement, should an Employer become delinquent in paying wages, benefits, contributions, or any other payments provided for in this Agreement, the Union shall have the right either (a) to remove covered employees from that Employer's job or jobs and to refuse to furnish applicants for employment until the Employer pays all unpaid obligations specified in this Agreement, or (b) to terminate this Agreement in entirety. An Employer shall be deemed "delinquent" upon becoming two months in arrears on a monetary obligation under this Agreement. The Union shall provide five days' notice before taking action under this section.

82. When an employee is required by their Employer to work out of Local 502 jurisdiction, their health, welfare, pension, and fringe benefits and will be maintained for the entire time they are required to remain out of the jurisdiction, provided the Employer is not required to pay their fringe benefits into another Fund.

83. Each Employer signatory to this Agreement agrees to abide by all provisions, rules and regulations set forth in the various Agreements and Declarations of Trust establishing the Plumbers and Pipe Fitters Local Union 502 Health and Welfare; Pension; Education & Training Trust Funds and Piping Industry Cooperative Kentuckiana; and further agrees that the Employer Trustees appointed shall act as their representatives in connection with the aforesaid Trust Estates.

85. The Union may adjust the Fringe benefits during the term of this agreement with a 30-day notice to MCA of Kentucky and any other parties signatory to this Agreement.

86. Effective August 1, 2012, the parties have established the Plumbers and Pipefitters Local 502 Variable Contribution 401K Plan ("401K Plan"), the trust agreement of which, as amended and restated from time to time, is incorporated herein by reference and made a part of this Agreement. Employees may elect to contribute to the 401K Plan in the following amounts: $1.00, $2.00, $3.00 or $4.00 per clock hour worked. Contribution rates may be changed by the trustees of the 401K Plan. The amount elected by an employee shall be deducted from the employee's net wage. Election to make contributions and choice of the amount of contributions shall be made at the time of referral, or the Employee may change the contribution rate in June, with an effective date of the first full pay period in July, following receipt of the change by the Employer. In addition, Employees shall have the right to terminate all contributions to the 401K Plan with proper notice to the Employer, effective in the pay period following such notice. The Employee shall be responsible to give the Employer notice of changes in contribution. Payments to the 401K Plan shall be received in the Fund Office by the 15th (fifteenth) day of each month following the month for which payment is being made. The Employer shall be deemed delinquent if payments are not received by the above date.

## ARTICLE 17 - Holidays and Vacation

### Section 1

87. Employers covered by the terms of this Agreement shall recognize the following days as holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the Friday after Thanksgiving and Christmas. All work performed on the above-mentioned holidays, except Labor Day (See Wage Rates-Appendix "A"), shall be compensated at the overtime rate. If any holiday falls on Sunday, the following Monday shall be observed as the holiday. If any holiday falls on Saturday, the preceding Friday will be observed.

KY-MCA

**Section 2**

88.    Vacations are to be arranged between Employer and employee at least fifteen (15) days in advance of the commencement date of the desired vacation period.  Not more than ten percent (10%) of the employees in any shop, who employ more than ten (10) employees, shall be granted their vacations at the same time unless agreed to by the Employer.

**Section 3**

87.    An employee who has been granted their vacation by employer shall retain their employment upon their return from their vacation, providing the task they left from has not been completed during their absence and provided the employee's vacation does not exceed five working days, or for normal reduction in force.

## ARTICLE 18 - Reporting Pay and Call-In Pay

### Reporting Pay

88.    When an employee, covered by the terms of this Agreement, reports for work and was not notified the preceding day not to report to work, they shall be provided with at least four (4) hours work or pay in lieu thereof.  If an employee works beyond four (4) hours they shall be provided a minimum of eight (8) hours work or pay in lieu thereof.  These conditions shall apply except where weather conditions interfere, or labor disputes beyond the Employer's control, or where an employee leaves their work of their own volition.  If the Employer authorizes an employee in the bargaining unit to start work under adverse weather conditions, the employee shall be provided with at least two (2) hours work or pay in lieu thereof.

89.    When an employee reports to a job outside Jefferson County, Kentucky, and is unable to perform their work due to weather conditions, they shall be reimbursed two (2) hours pay at the applicable rate provided they remain on the job site, except when previously notified not to report for work, or labor disputes beyond the Employer's control interfere.

### Call-In Pay

90.    When an employee works their regular work hours or regular work days and leaves the job site or shop and is requested to return to work beyond the regular work hours or regular work days, they shall be provided with at least four (4) hours work or pay in lieu thereof at the applicable rate.

## ARTICLE 19 - Insurance

91.    Full coverage of workmen's compensation insurance and state unemployment insurance must be provided for each employee covered under the terms of this Agreement.  The Union shall have the right under this Agreement to refuse to refer any of its members to an Employer who cannot show proof that they carry workmen's compensation and state unemployment insurance on behalf of their employees.  In the event that employees covered by this Agreement are in the employ of an Employer who violates this Agreement by not carrying the required workmen's compensation and state unemployment insurance, said Employer shall be personally liable for lost benefits.

92.    Employees required to take time off from their employment during working hours to secure treatment because of injuries or sickness arising out of and in the course of their employment, shall receive pay for such time, but not to exceed the normal scheduled shift plus necessary travel expenses incurred in so doing, subject to verification by attending physician.  If at all possible, return visits to doctor's office shall be made after working hours or on Saturday, are compensated not to exceed (2) hours per follow-up visit.

## ARTICLE 20 - Commuting

93.    Employees in the bargaining unit shall work eight (8) hours on all jobs in Local 502 jurisdiction, and it is further agreed that jobs up to and including a distance of fifty (50) miles from Jefferson County, Kentucky, are within daily commuting distance.

## ARTICLE 21 - Travel Time

94.    All employees covered under the local 502 CBA working 50 miles away from the local 502 union hall and outside of the local 502 jurisdiction will be paid for their travel time at straight time base rate to and from the job site starting and ending at the jurisdiction border.

## ARTICLE 22 - Mileage

96.    Whenever employees are requested to furnish privately owned vehicles on a regular or frequent basis to transport tools, equipment and/or materials, they shall be reimbursed a minimum of fifty dollars ($50.00) per week plus fifty cents ($0.50) per mile for all mileage in excess of twenty (20) miles per day.

KY-MCA

97. If, only on rare occasions, an Employer requests an employee to travel from job to job, the employee will be reimbursed at the rate of fifty cents ($0.50) per mile. If only on rare occasions, an Employer requests an employee to travel from job to job to transport tools, equipment and/or materials in privately owned vehicle, the employee will be reimbursed at the rate of twenty dollars ($20.00) a day plus fifty cents ($0.50) per mile.

98. The Employer must furnish liability insurance.

## ARTICLE 23 - Board and Transportation

99. When an employee is required to remain out of town for their Employer, adequate funds will be advanced such employee. Upon their return, they must present reasonable receipts for funds expended. Excess funds will be returned to their Employer. If the advanced funds were not adequate to cover approved expenses, the Employer will reimburse the employee on their return.

## ARTICLE 24 - Stewards

100. The first journeyman on any job will act as steward until one is appointed by the Business Manager or his designee. The Union may appoint one steward for each shop or job. A steward shall be a working employee. The Union agrees that such duties shall be performed as expeditiously as possible and the Contractor agrees to allow the steward a reasonable amount of time for the performance of such duties.

101. (a) The steward and the contractor's representative are responsible to determine that all provisions of this Agreement are complied with. The steward is to receive grievances or disputes from members of their craft and report them to their business representative who shall then attempt to adjust grievances or disputes with the Contractor or their representative performing the work. These duties shall be performed as expeditiously as possible during regular working hours.

102. (b) (Overtime) If a steward is to be so assigned they must be qualified to perform the particular work for which overtime is required. The Union may, however, appoint a temporary steward for such overtime from the employees assigned by the employer. The Employer shall not discriminate against the steward for the proper performance of their duties as herein provided.

103. The Union will notify the Employer of the name of the Steward assigned to that shop and/or job.

104. The Union Steward will be the next to last employee on the job to be laid off.

## ARTICLE 25 - Work Jurisdiction

105. The following is the jurisdiction of work of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada:

**Section-1: General:**

25:1. All piping, valves for plumbing, water, waste, floor drains, drain grates, supply, leader, soil pipe, grease traps, sewage and vent lines.

25:2. All piping for water filters, water softeners, water meters and the setting of same.

25:3. All cold, hot and circulating water lines, piping for house pumps, cellar drainers, ejectors, house tanks, pressure tanks, swimming pools, ornamental pools, display fountains, drinking fountains, aquariums, plumbing fixtures and appliances, and the handling and setting of the above mentioned equipment.

25:4. All water services from mains to buildings, including water meters and water meter foundations.

25:5. All water mains from whatever source, including branches and fire hydrants, etc.

25:6. All down spouts, drainage areas, soil pipes, catch basins, manholes, drains, gravel basins, storm water sewers, septic tanks, cesspools, water storage tanks, gray water, rainwater and reclaimable water collection of every type and description used for plumbing and pipefitting systems, etc.

25:7. All liquid soap piping, liquid soap tanks, soap valves, and equipment in bath and washrooms, shower stalls, etc.

25:8. All bathroom, toilet room and shower room accessories, i.e. as towel racks, paper holders, glass shelves, hooks, mirrors, cabinets, etc.

25:9. All lawn sprinkler work, including piping, fittings, and lawn sprinkler heads.

25:l0. All sheet lead lining for X-ray rooms, fountains, swimming pools or shower stalls, tanks or vats for all purposes and for roof flashings in connection with the pipe fitting industry.

**25:11**. All fire stand pipes, fire pumps, pressure and storage tanks, valves, hose racks, fire hose, cabinets and accessories, and all piping for sprinkler work of every description.

**25:12**. All block tin coils, carbonic gas piping for soda fountains and bars, etc.

**25:13**. All piping for railing work and racks of every description, whether screwed or welded.

**25:14**. All piping for pneumatic vacuum cleaning systems of every description.

**25:15**. All piping for hydraulic, vacuum, pneumatic, air, water, steam, oil, or gas, used in connection with railway cars, railway motor cars, and railway locomotives.

**25:16**. All marine piping, and all piping used in connection with ship building and ship yards.

**25:17**. All power plant piping of every description.

**25:18**. The handling, assembling, and erecting of all economizers, super-heaters, regardless of the mode or method of making joints, hangers, and erection of same.

**25:19**. All internal and external piping on boilers, heaters, tanks and evaporators, water legs, water backs and water grates, boiler compound equipment, etc.

**25:20**. All soot blowers and soot collecting piping systems.

**25:21**. The setting, erecting, and piping for all smoke consuming and smoke washing and regulating devices.

**25:22**. The setting, erecting and piping of instruments, measuring devices, thermostatic controls, gauge boards, and other controls used in connection with power, heating, refrigerating, air conditioning, manufacturing, mining, and industrial work.

**25:23**. The setting and erecting of all boiler feeders, water heaters, filters, water softeners, purifiers, condensate equipment, pumps, condensers, coolers, and all piping for same in power houses, distributing and boosting stations, refrigeration, bottling, distilling, and brewing plants, heating, ventilating and air-conditioning systems.

**25:24**. All piping for artificial gases, natural gases, and holders and equipment for same, chemicals, minerals and by-products and refining of same, for any and all purposes, as well as all radon piping and all methane recovery systems.

**25:25**. The setting and erecting of all underfeed stokers, fuel burners, and piping, including gas, oil, power fuel, hot and cold air piping, and all accessories and parts of burners and stokers, etc.

**25:26**. All ash collecting and conveyor piping systems, including all air washing and dust collecting piping and equipment, accessories and appurtenances and regulating devices, etc.

**25:27**. The setting and erection of all oil heaters, oil coolers, storage and distribution tanks, transfer pumps, and mixing devices, and piping thereto of every description.

**25:28**. The setting, erecting and piping of all cooling units, pumps, reclaiming systems, and appurtenances, in connection with transformers, and piping to switches of every description.

**25:29**. All fire extinguishing systems and piping, valves, whether by water, steam, gas, or chemical, fire alarm piping, and control tubing, etc.

**25:30**. All piping for sterilizing, chemical treatment, deodorizing, and all cleaning systems of every description, and laundries for all purposes.

**25:31**. All piping for oil or gasoline tanks, gravity and pressure lubricating and greasing systems, air and hydraulic lifts, etc.

**25:32**. All piping for power or heating purposes, either by water, air, steam, gas, oil, chemicals, geothermal, solar or any other method.

**25:33**. All piping, setting and hanging of all units and fixtures for air-conditioning, cooling, heating, roof cooling, refrigerating, ice making, humidifying, dehumidifying and dehydrating by any method, and the charging, testing, and servicing of all work after completion.

**25:34**. All pneumatic tube work, and all piping for carrying systems by vacuum, compressed air, steam, water, or any other method.

**25:35**. All piping to stoves, fire grates, blast and heating furnaces, ovens, driers, heaters, oil burners, stokers, and boilers and cooking utensils, etc. of every description.

**25:36**. All piping in connection with central distributing filtration treatment stations, boosting stations, waste and sewage disposal plants, central chlorination and chemical treatment work, and all underground supply lines to cooling wells, suction basins, filter basins, settling basins, and aeration basins.

**25:37**. All process piping, valves for refining, manufacturing, industrial, and shipping purposes of every character and description.

**25:38**. All air piping of every description.

**25:39**. All temporary piping of every description in connection with building and construction work, excavating and underground construction.

**25:40**. The laying out and cutting of all holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports, sleeves, thimbles, hangers (including all seismic hangers), conduit and boxes, used in connection with the pipe fitting industry.

**25:41**. The handling and setting of boilers, setting of fronts, setting of soot blowers, and attaching of all boiler trimmings.

**25:42**. All pipe transportation lines for gas, oil, gasoline, fluids and liquids, water aqueducts, water lines, and booster stations of every description.

**25:43**. All acetylene and arc welding, brazing, lead burning, soldered and wiped joints, caulked joints, expanded joints, rolled joints, or any other mode or method of making joints in connection with the pipefitting industry.

**25:44**. Laying out, cutting, bending and fabricating of all pipe work of every description, by whatever mode or method.

**25:45**. All methods of stress relieving of all pipe joints made by every mode or method.

**25:46**. The assembling and erecting of tanks, used for mechanical, manufacturing or industrial purposes, to be assembled with bolts, packed or welded joints.

**25:47**. The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and materials used in the pipe fitting industry.

**25:48**. The operation, maintenance, repairing, servicing, inspecting, testing, including but not limited to nondestructive examination, commissioning, renovation, upgrading, modernization, replacement and dismantling of all work installed by journeymen members of the United Association.

**25:49**. All piping for cataracts, cascades (i.e. artificial waterfalls), make-up water fountain, captured waters, water towers, cooling towers, and spray ponds used for industrial, manufacturing, commercial, or for any other purposes.

**25:50**. Piping herein specified means pipe made from metals, tile, glass, rubber, plastics, wood, or any other kind of material, or product manufactured into pipe, usable in the pipe fitting industry, regardless of size or shapes.

**25:51**. No work jurisdiction will be surrendered as a result of technological advances in the industry as listed above.

**Section-2: Fabrication:**

**25:52**. All pipe work of every description, including nipples over 6" in length, all rods for pipe hangers and supports of every description pertaining to the installation of all work coming within the jurisdiction of the United Association, must be cut, sheared, drilled, punched, assembled and installed on the job site or in the shop by journeymen, apprentices, of Local 502.

**25:53** The butt-welding of all mill run lengths, regardless of size, shall be performed on the job site, or in the shop, by Employees working under this CBA.

**25:54** All piping for comfort heating and air conditioning shall be fabricated on the job site, or in the shop, by Employees working under this CBA. This includes boiler plants, used only for generating steam for comfort heating systems.

**25:55** Piping requiring heat or other special treatment, or the use of special tools and equipment, may be fabricated on the job site or in the shop, by members of Local 502.

**25:56** All bends over 2 inches in diameter may be fabricated on the job site or in the shop, by Employees working under this CBA.

**25:57** All pipe 2 ½" in diameter and over, including nipples over 6" in length, may be cut at supply house in the presence of a journeyman. If more than one machine is used, one journeyman for each additional machine must be employed.

**25:58** All roof flashings of metal of every description must be made by journeymen or apprentices. Manufactured flashings may be bought and used on bungalows only.

## Section-3: Definition of Shop.

106. "Shop" as used in this Article, is defined as a Pipe Fabricating Shop under an Agreement with the United Association or one of its Local Unions.

## Section-4: Union Prerogative.

107. The Union reserves the right to refuse to handle, erect, or install fabricated piping that has not been fabricated in accordance with the provisions contained in this Article.

## Section-5: Subcontracting.

108. The Employer agrees not to subcontract out any of the work covered by this Agreement, including but not limited to articles and/or equipment containing piping as defined in this Article, unless the work to be subcontracted is subcontracted to an Employer meeting the requirements of this Article.

109. The parties agree that this entire paragraph is a material and substantial part of this Agreement, establishing terms of employment and that the breach of any provision of this paragraph constitutes a substantial breach of this Agreement.

110. The parties further agree that, upon an Employer's breach of the conditions contained in paragraph 106 above, the Union or Contractor may, at its option, submit the Employer's violation of this portion of this Agreement in accordance with the provisions of Article 26.

## ARTICLE 26 - Joint Conference Committee

## Section 1 – General

111. A Joint Conference Committee shall be appointed by the Mechanical Contractors Association and the Union. This committee will meet at least once per calendar quarter for the purpose of discussing and promoting the welfare of the industry as a whole, and resolving disputes, disagreements and grievances. Special meetings may be called by either party. At any meeting, an equal number of votes will be cast by each party.

112. The Joint Conference Committee has the authority to promulgate reasonable, uniform and non-discriminating rules and regulations governing the industry.

113. Prior to the start of an industrial or commercial project, the Employer or the Union may request a pre-job conference for the purpose of clarification of jurisdictional assignment. The Employer and the Union shall jointly endeavor to resolve all controversial matters before starting work on such projects.

## Section 2 - Grievance Procedure

114. Disputes, disagreements and grievances will be processed in accordance with the following procedure:

1) Every attempt should be made to resolve an issue by the parties involved.

2) In the event the parties involved are unable to resolve an issue, it will be referred promptly to the Joint Conference Committee whose duties will be to meet within eight (8) days to resolve the issue. When in agreement, decisions by the Joint Conference Committee shall be final and binding on all parties to this Agreement. The Joint Conference Committee has the right to determine remedies for all disputes submitted to it.

3) If the issue cannot be resolved by the Joint Conference Committee, the Union and the Association may mutually agree to the use of the IRC (Industrial Relation Council). If no agreement can be reached to use the IRC, then a panel of fifteen (15) impartial arbitrators will be promptly secured from the Louisville Labor-Management Committee. The arbitrator will be selected by each party striking an equal number of proposed arbitrators from the panel. The remaining individual shall be the arbitrator and the arbitrator's decision shall be final and binding upon all parties concerned. Expenses incurred in any arbitration case under the provisions of this Article will be borne equally between the Employer and the Union.

115. It shall not be a violation of this Agreement, or of the no-strike clause, if members of Local 502 refuse to cross a lawful picket line. Where such picket line has been set up, every possible effort shall be made by the Business Manager or his designee to make arrangements which will permit the Employees subject to this Agreement to continue to work.

116. A grievance, which must be in writing, shall be considered null and void if not brought to the attention of the Employer or the Union within ten (10) working days.

## Section 3 - Applicability

117. All parties signatory to this Agreement who are requested to appear before the Joint Conference Committee must appear at the time and place designated.

## ARTICLE 27 - No Strike - No Lockout

118. During the term of this Agreement, each of the signatory parties agrees there will be no strikes, work stoppages or lockouts by members of the Union or by the Employer provided, however, the Union may strike where an Employer fails to pay wages in full and on time, or the Union and the Association have been simultaneously advised by the Administrative Officer of the fringe benefit funds in accordance with Article 16, that an Employer is delinquent in payment of fringe benefits.

119. This Article shall apply only to Employers who are not signatory to an effective National Equipment Service and Maintenance Agreement or other like agreements.

120. This no strike - no lockout commitment is based upon the agreement by both parties to be bound by the grievance and arbitration provisions of this Agreement.

## ARTICLE 28 - Other Agreements (Written, Verbal or Implied)

121. Plumbers, Pipefitters and Service Technicians Local Union 502 agrees that when contractors signatory to the collective bargaining agreement of Local Union No. 502 are bidding work in the geographical jurisdiction covered by the agreement and feel that their competitive positions with other contractors not signatory to this agreement is lessened on a particular project due to conditions and requirements in the existing collective bargaining agreement, to meet with such signatory contractor or contractors, in an effort to amend the agreement for that particular job or project only. The purpose of any amendment to the agreement is to make the signatory contractor or contractors who are bidding the aforesaid work more competitive with contractors who are not signatory to the agreement.

122. Should the union and signatory contractor or contractors agree to a project agreement, or job site agreement containing more favorable terms on wages, hours or work conditions than are contained in this agreement, all contractors signatory to this agreement shall have the right to apply any such provision or term contained in said project, or job site agreement, to their employees for the same project or job site.

123. These provisions are to be limited to a particular job site or to a particular project. When that project or job site agreement expires, then work is subject to the regular terms and conditions of this agreement.

124. In-plant Maintenance Agreement and National Agreements are excluded.

125. It is understood and agreed that if Local Union No. 502 enters into any Agreement with any Contractor governing work in the area covered by this Agreement upon more favorable terms to such other Contractor than are embodied in this Agreement and if such more favorable terms are allowed to remain in effect such more favorable terms shall be made immediately available to the Contractors signatory to this Agreement.

126. The Business Manager or his designee may grant economic adjustments on projects where there is open shop competition.

## ARTICLE 29 - Savings and Separability Clause

127. No provision in this Agreement shall supersede any State or Federal Law, which imposes more stringent requirements as to standards of working hours, rates of pay and/or any other conditions of employment provided herein. In the event any portion of this Agreement is later found to be in conflict with the Labor-Management Relations act of 1947, the Labor-Management Reporting and Disclosure Act of 1959, or any state "right to work" law, the same is hereby declared null and void without prejudice to any other provision contained herein.

## ARTICLE 30 Drug and Alcohol Abuse

130. The Union and the Association and/or signatory Employers hereby agree that the drug and alcohol testing program (The **local 502 Substance Abuse Policy**), negotiated by the bargaining parties of this Agreement is incorporated by reference herein and made a part hereof this contract. Each Employer covered by this Agreement shall pay to the Piping Industrial Cooperative of Kentuckiana Trust Fund the sum of nine cents ($.09) per clock hour worked by and for all Employees covered by this Agreement. Payments shall be received by the 10th of each month following the month for which payment is being made. The Employer shall be considered delinquent if payments are not received as outlined above.

KY-MCA

# LOCAL SERVICE AGREEMENT

**ARTICLE-31-   Recognition See Article-3**


**ARTICLE 32 - Union Security See Article-4**


**ARTICLE 33 - Union Representation and Access to Jobs**

128.    Authorized representatives of the Union shall have access to the work where employees covered by this Agreement are employed, providing they do not unnecessarily interfere with the Employer's employees, customers' employees, or cause them to neglect their work, and further provided such Union representative complies with customer rules.

**ARTICLE-34    Geographical Territory and Trade Jurisdiction**

129.    All questions relating to the geographical territory and trade jurisdiction of a local union or local unions, or questions relating to the open territory shall be decided by the Union.

**ARTICLE 35 - Scope of Work Mechanical Service and Maintenance**

**35:1**    This Agreement shall apply to and cover all work described below performed by the Employer and all its subsidiaries and branches in the United States.

**35:2**    This Agreement covers the rates of pay, fringe benefits, hours and working conditions of all Service Journeymen, Servicemen, Service Apprentices and Tradesmen, engaged in the performance of mechanical service and maintenance work normally performed by outside contractors, either by contracts or on an emergency call basis, who are equipped to handle all work relating to mechanical service and maintenance of all air conditioning, heating, ventilating, building automation, refrigeration, and/or piping systems or any other newly installed, remodeled or redesigned mechanical piping system and component thereof, including but not limited to, boilers, pumps, refrigeration equipment, fans, coils, cooling towers and controls. Service and maintenance shall include, but not be limited to, all the maintaining, cleaning, adjusting, repairing, altering, overhauling, dismantling, reconditioning, replacing, modifying, renovating, evacuating, charging, inspecting, operating, starting, calibrating and balancing of any system or component part thereof, regardless of size or location, including all other service and maintenance work assigned to the Employer by the customer in a currently operating facility. Temporary installed systems are to be considered service work.

**35:3**    Any other work in the control of the Employer signing this Agreement that falls in the jurisdiction of the Union, but not in the scope as outlined herein as being operation or service and maintenance, shall be done in accordance with the building trades section of this agreement

**ARTICLE 36 - Scope of Work Ammonia, Cryogenic and Supermarket Refrigeration Systems**

**36:1**    This Article shall apply to the installation of all new or add-on Ammonia Refrigeration Systems, Cryogenic Cold Box Systems and Supermarket Refrigeration Systems, including fabricating, assembling, erecting, installing, and the handling, unloading, distributing, reloading, tying-on, and hoisting of all piping materials, appurtenances and equipment used in connection with the installation of such systems by any method, including all hangers and supports of every description.

**36:2**    The installation described in this Article must be performed in accordance with the master construction agreement of the local union having jurisdiction where the installation work is being performed, including working hours, rates of pay, fringe benefits and other applicable terms and conditions.

**36:3**    In agreeing to pay fringe benefits as established in the master construction agreement of the local union having jurisdiction where the installation work is being performed, the Employer hereby adopts and agrees to be bound by the written terms of such legally established trust agreements specifying the detailed basis on which payments are to be made into, and benefits paid out of such trust funds. The Employer authorizes the parties to such local trust agreements to appoint Trustees and successor Trustees to administer the trust funds and hereby ratifies and accepts the Trustees so appointed as if made by the Employer.

**36:4**    The Employer shall be permitted, for work covered by this Article, to assign a Foreman and the first two employees from the Employers regular work force to installation jobs within the territorial jurisdiction of another local union.  The next two employees shall be from the local union jurisdiction, with one employee at a time being assigned, as needed.  Thereafter, additional employees shall be hired on an alternating basis from the Employees regular workforce and the local union jurisdiction, to a maximum of five from the Employees regular workforce, unless a larger number is agreed to in writing between the Employer and the local union where the work is being performed.

**36:5** When an employee is assigned to work covered by this Article outside his home local union, and when the basic hourly Building Trades Journeyman and Apprentice rates differ from those of his home local union, the higher shall apply.

**36:6** Within the scope of this Article, all sections of this Agreement Shall apply except any reference to Mechanical Equipment Service Journeymen, Mechanical Equipment Servicemen, Mechanical Equipment Service Apprentices, and Mechanical Equipment Service Tradesmen shall be deemed to mean Building Trades Journeymen and Apprentices.

## ARTICLE 37 – Subcontracting

130. In order to secure work for employees working for the Employer under this Agreement, and in order to protect wages and working conditions of such employees, the Employer shall make every reasonable effort to overhaul all machinery and equipment with employees covered by this Agreement, however, the Employer reserves the right to subcontract and or all work referred to herein, after reasonable documented effort has been made to perform the work with employees covered by this Agreement or the local agreement.

131. The Union and the Employer understand the customer may, at his discretion, choose to perform or directly subcontract for any part or parts of the work herein described. The Employees obligation under this Agreement refers only to work that the, Employer has contracted to perform.

## ARTICLE 38 - Management Rights

132. The management of the Employers business, including but not limited to the direction of the working force, the right to hire, to plan, direct, control, and schedule all operations (including the scheduling of the work force), the right to establish, eliminate, change or introduce new or improved methods, machinery, quality standards, or facilities is the sole and exclusive prerogative and responsibility of the Employer. All rights not specifically nullified by this Agreement are retained by the Employer.

133. The Employer is vested with the right to relieve employees from duty because of lack of work or other legitimate reasons, to promote, suspend, demote, transfer, discipline, or discharge for cause in line with this Agreement.

## ARTICLE 39 - Classification of Employees

134. **Mechanical Equipment Service Journeymen** must be skilled craftsmen in their trade, and have a minimum of five (5) years actual, practical working experience as a Serviceman in the plumbing and pipefitting and/or mechanical equipment service and maintenance industry. They shall be required to pass a satisfactory examination as to their special skill. They shall be allowed to perform all of the work covered under this Agreement including, but not limited to, all the scope of work set forth for Servicemen, Service Apprentices and Tradesmen. They shall have a current CFC and HVAC License and be required to serve a 180 and/or day or 700 hour probationary period, whichever occurs first. Before the end of their probation they shall be required to test to upgrade to Mechanical Equipment Service Journeyman.

135. **Mechanical Equipment Servicemen** must have a minimum of five (5) years actual, practical working experience in the mechanical equipment service and maintenance field before employment. They shall be required to satisfactorily pass an examination as to their skills. Their scope of work shall include service and maintenance of all commercial refrigeration, residential air conditioning and heating equipment including rooftop units of all sizes, low pressure steam and water boilers, all package air handling units, all air and water systems, control systems and build up refrigeration and air conditioning systems, excluding repair of centrifugal, absorption, open-drive screw chillers and ammonia refrigeration systems. Mechanical Equipment Servicemen may assist Mechanical Equipment Service Journeymen in the repair of centrifugal and absorption machines, open-drive screw chillers and ammonia systems for the purpose of training in these technical skills. They shall have a current CFC and HVAC License, and be required to serve a 180 day and/or 700 hour probationary period, whichever occurs first.

136. **Mechanical Equipment Service Apprentices** shall be governed by the local service agreement, except that they shall, after their first year of apprenticeship, be allowed to perform all work limited only by their capabilities, as defined as being work in the mechanical equipment service and maintenance field, and they shall be under the direction of a qualified Serviceman or Service Journeyman.

137. **Mechanical Equipment Tradesmen** must be qualified to perform and shall be allowed to perform the work listed below, and shall be required to serve a 90 day or 700 hour probationary period, whichever occurs first.

138. All routine maintenance and inspections regardless of size or location of the mechanical equipment being inspected or maintained, where this work is done as a periodic routine service, inspection and maintenance procedure by the Employer, such as:

    1) Systems operation under contract with customer

    2) Filter changing and maintenance thereof

3) Oil and greasing

4) Belt adjusting or replacement

5) Cleaning of cooling towers, coils, evaporator and condenser tubes and water treatment

6) General housekeeping

7) Delivery and truck driving of parts or equipment

8) Cleaning and routine maintenance of:

    \* Solar energy equipment;

    \* HVAC power electronics control devices; and building controls

9) Indoor Air Quality (IAQ) related work including:

    \* duct systems;

    \* drain pans

10) Installation, start-up service, maintenance and replacement of all residential equipment and appliances

11) In an area where a problem exists with non-Union competition, the assignment of tradesmen duties may be adjusted to meet local conditions

## ARTICLE 40 - Temporary Shift Work Conditions

139. When so elected by the Employer, multiple eight (8) hour shifts, on a temporary basis, may be worked. When two (2) or three (3) shifts are worked the first eight (8) hour shift shall be the day shift and shall be paid at the straight time base rate of pay. The second and third eight (8) hour shifts shall each be paid at a rate not to exceed 15% above the straight time base rate of pay. Temporary shift shall be for a minimum of five (5) consecutive days.

140. All time worked before and after the regularly established shift hours in any twenty-four (24) hour period, Monday through Saturday inclusive shall be at a rate not to exceed time and one-half in the employee's applicable shift rate of pay. Time worked on Sunday and holidays shall be paid at a rate not to exceed double time the employee's applicable shift rate of pay.

## ARTICLE 41 - Permanent Shift Work Conditions

141. For plants, complexes and/or projects, a four-cycle shift system may be operated when work is performed on a seven (7) day continuing basis. The names of those employees on permanent shifts will be published, showing shift rotation and the working shift or the day off for each man, for a period of at least three (3) months.

142. The shift rate premium for the second shift shall be 10% of the first shift rate and the shift rate premium for the third shift shall be 15% of the first shift rate.

143. The standard workday under permanent shift working conditions hall be eight (8) hours of continuous employment, including a one-half (½) hour paid lunch period. Forty (40) hours per week shall constitute a week's work. All time worked in excess of eight (8) hours per day and all time worked on either one of the two scheduled off days shall be paid for at a rate not to exceed time and one-half.

## ARTICLE 42 - Hiring and Use of Employees

144. For the purpose of this Agreement the words "Home Local Union" shall mean the local union having jurisdiction in the area of the Employer's place of business, and therefore, is the local union which referred the employee to the Employer.

145. The Employer will first request the home local union for qualified personnel. The local union, upon such request, agrees to furnish at all times to the Employer duly qualified Mechanical Equipment Service Journeymen, Servicemen, Service Apprentices and Tradesmen, including Journeymen with special skills, where applicable, in a sufficient number, as determined by the Employer to properly execute all work covered by this Agreement.

146. In the event the local union having jurisdiction is unable to supply the requested number of qualified and competent Service Journeymen, Servicemen, Service Apprentices or Tradesmen and other employees as herein described, the Union, upon request by the local union, agrees to notify its other local unions of the availability of work and will request these local unions to refer such qualified employees to the Employer.

147. If neither the local union nor the Union is able to supply competent and skilled Employees satisfactory to the Employer within forty-eight (48) hours, the Employer may hire such persons wherever available, subject to the provisions of Article 11 and train such persons to perform the work required. It is understood that consideration for such employment and

training shall be given to Employees with previous experience in the plumbing and pipefitting industry and/or the mechanical equipment service and maintenance industry.

148. The Employer shall retain the right to reject any applicant referred by the union. The Employer shall retain the right to terminate any employee for just cause providing Employer so states in a termination notice.

149. The selection of applicants for referral to jobs shall be on a nondiscriminatory basis, and shall not be based on, or in any way affected by union membership, bylaws, rules, regulations, constitutional provision, or by any other aspect or obligation of union membership, policy or requirement; no distinction in treatment should be made based on religion, color, age, national origin, sex, handicap status, Vietnam era, or disabled Veteran's status, or on any other basis prohibited by law.

150. The Employer may, with mutual agreement of the local union, hire Probationary Employees, for a period not to exceed six months, for the purpose of evaluating the capabilities of the employees. Ratio of Probationary Employees to be determined by the local union.

151. The Employer may use the Mechanical Equipment Servicemen for initial start-up of newly installed systems, provided that any employee who is reporting for work in this jurisdiction from another jurisdictional area, they must have notified the local union, and also provided the working hours, fringes, conditions and rate of pay are adhered to for this type of work as stipulated in the master construction agreement of the local union having jurisdiction where the work is being performed. When the Employer dispatches employees from their home local union area for new start-up work, employees shall be permitted to work with the tools, and if they should need any extra help, shall obtain such help from the local union having jurisdiction, if qualified help is available.

152. The Employer may at his discretion, for work covered under the scope of this Agreement, assign the first two employees from the Employer's regular work force to work on each service job within the territorial jurisdiction of another local union. The next two employees shall be from the local union jurisdiction, with one employee at a time being assigned, as needed. Thereafter, additional employees shall be hired on an alternating basis from the Employer's regular work force and the local union jurisdiction, to a maximum of five from the Employer's regular work force, unless a larger number is agreed to in writing between the Employer and the local union where the job is being done.

153. Any employee performing work in the jurisdiction of a local union, other than his home local union for a period of more than eight (8) hours, shall notify the local union in whose Jurisdiction the work is performed. These employees shall pay working assessments and/or travel card dues, if any, only to their home local union unless the employee is scheduled to work in this area for a period exceeding thirty (30) consecutive working days or the job duration is scheduled for more than thirty (30) days.

154. The Employer shall be permitted a ratio of two (2) Service Apprentice for the first five Service Journeymen and/or Servicemen, and then permitted an additional Service Apprentice for every five Service Journeymen and/or servicemen employed. Every Service Apprentice shall be under the supervision of his home local union Joint Apprentice Committee until his training is satisfactorily completed.

155. The need for, designation of and the determination of the number of employees and foremen, if any, is solely the responsibility of the Employer. The Employer's salaried personnel may handle all dispatching and assignment of duties.

156. The regular working hours in each 24-hour period of each working day shall be from 8:00 a.m. to 12:00 noon and from 12:30 p.m. to 4:30 p.m. The regular working days shall be Monday through Friday and the regular workweek shall be Sunday through Saturday. Work curtailment for the purposes of extending holidays or extending weekends when work is available will not be permitted unless a majority of employees on any job are agreeable. When mutually agreed, any job and/or shop may work 4-10's in lieu of 5-8's. In the event a day, or part of a day is not worked, Friday may be a makeup day with full ten (10) hours to be worked and will be paid at the straight time base rate except in the event more that forty (40) hours are worked in a five day work period, the excess of forty hours (40) will be paid at the overtime rate. Any employee working a make-up day shall receive the applicable rate of pay established for that day.

157. If a majority of the employees on any job desire to start to work between 6:00 a.m. and 9:30 a.m., they may, provided the Union Hall is notified, but in no event shall the starting time be earlier than daylight permits, or when job conditions such as, job entry, safety, or security conditions prevents work, but not later than 8:00 a.m.

## ARTICLE 43 - Wages, Benefits and Hours of Work

158. All work on Sundays and Holidays will be paid at 200% of the straight time base rate.

159. For all employees covered by this Agreement, wage rates, workmen's compensation, hours of work, shifts, shift premiums, overtime, overtime premiums, reporting pay provisions, pay differentials and contributions or deductions for plans, programs, or funds, for union dues, as authorized in writing or electronically by the employee, pensions, health and

welfare, training, vacations and holidays, supplemental unemployment benefits, sick pay, severance pay and industry promotion shall be in accordance with the established local mechanical equipment service and maintenance agreements.

160.   In agreeing to pay fringe benefit funds for employees established in local mechanical equipment service and maintenance agreements, the Employer hereby adopts and agrees to be bound by the written terms of such legally established local trust agreements specifying the detailed basis on which payments are to be made into, and benefits paid out of, such trust funds. The Employer authorizes the parties to such local trust agreements to appoint Trustees and successor Trustees to administer the trust funds and hereby ratifies and accepts the trustees so appointed as if made by the Employer.

161.   **Mechanical Equipment Service Journeymen** - Rate of pay and fringes as specified in Appendix "A". There shall be no fringes paid during probationary period, except Hospital, Medical and Life Insurance and working dues check-off.

162.   **Mechanical Equipment Serviceman** - Rate of pay:

Refer to Appendix-"B"

>   1)   During probationary period (180 days and/or 700 hours) rate of pay shall be not less than 50% of Mechanical Equipment Service Journeyman rate plus Hospital, Medical and Life Insurance and working dues check-off.
>
>   2)   After probationary period rate of pay shall not be less than 80% of Mechanical Equipment Service Journeyman rate (plus fringe benefits).
>
>   3)   Within a two year period they must test to upgrade to Mechanical Equipment Service Journeyman or be referred to the Apprenticeship Program as a fourth year apprentice.

163.   **Mechanical Equipment Service Apprentice** - Rate of pay:

Refer to Appendix "A".

164.   **Mechanical Equipment Tradesman** - Rate of Pay:

Refer to Appendix "B"

>   1)   During probationary period (90 days and/or 700 hours) rate of pay shall be not less than 50% of Mechanical Equipment Service Journeyman rate plus Hospital, Medical and Life Insurance and working dues check-off.
>
>   2)   After probationary period rate of pay shall be not less than 50% of Mechanical Equipment Service Journeyman rate. (Plus fringe benefits)

165.   All wages shall be paid in lawful currency, check or direct deposit showing employee's name, hours worked and amount due. If paid by check, the Employer shall make payment by negotiable check on demand of pay, and the Employer issuing such checks shall provide facilities for cashing the checks at face, without charge or discount. All payroll deductions shall be listed and furnished the employee with each payment of wages. If paid by mail, check must be post-marked to the employee's current address at least two-days prior to regular payday. If paid by direct deposit funds must be available by midnight the day prior to the established payday and a paycheck stub detailing itemized deductions shall be mailed or delivered to employee. If direct deposit is used the employee may choose up to four (4) different accounts for deposits. There shall be an exception from direct deposit if hardship can be shown to the union. Employees may be paid at the option of the Employer and signed permission of Employee, by electronic or automatic deposit.

166.   Wages shall be due and payable during regular working hours if payment is made on the job. If payment is made at the shop, the employees must be at the shop at 4:30 p.m. or prior to the end of the shift to receive payment. Employees working the 2nd or 3rd shifts shall receive their wages prior to the day shift of the regular day of payment. Upon non-payment by regular quitting time each employee will receive two (2) hours pay per day to be paid by noon of the next day.

167.   When an employee's services are terminated by their Employer, all accrued wages shall be due and payable immediately on the job in the form of a check or cash. The Employer shall offer to any employee who has not been worked at least seventy-two (72) hours in a three-week period a clean layoff with rights to unemployment and rehire.

168.   If conditions arise beyond the Employers control, payment of accrued wages for the previously scheduled number of work hours for shut downs, startups or turnarounds will be made upon termination of employment; payment of additional accrued wages, if any, will be made as soon as the payroll department returns to work the next regularly scheduled work day. If through fault of employee, the amount of payroll check is greater than wages due, the check will not be dispersed. A corrected check will be processed and issued when payroll department returns to work, no later than noon.

169. In the event a bad or cold check is received by any employee from any Employer, the bad or cold check and all future payments (wages and fringe benefits) will be paid by certified check or cash.

170. The recognized holidays within the terms of this Agreement shall be as provided for in the bona fide local agreement.

171. When an employee is assigned to work service and maintenance work outside his home local union, and when basic hourly mechanical service and maintenance agreement rates differ from those of his home local union, and do not conflict with this Agreement, the home local union wage will be paid for the first five (5) consecutive days and thereafter the higher rate shall apply.

172. All of the legally negotiated fringe benefit contributions, or deductions under the employee's home local union's agreement, shall be paid only to the Trustees of the Fringe Benefit Funds of his home local union.

173. When an employee reports for work during the regular work day and is not given the opportunity to work, and was not notified before the completing of the previous day's work, he shall be paid two (2) hours reporting time. When an employee has started to work in the morning he shall be paid not less than four (4) hours pay and for actual hours worked after the first four (4) hours.

174. When an Employer requires a "Stand-By" employee or employees for Saturday or Sunday, they will pay such scheduled employee one (1) hour's pay per scheduled day for Saturday or Sunday, at the applicable premium rate, plus the hours actually worked on such duty. Such schedule shall be posted in office or shop. When stand-by is utilized the Union must be notified in writing.

175. When a holiday occurs on a Tuesday, Wednesday, Thursday or Saturday, two (2) hours pay, at the applicable premium rate will be paid plus the hours actually worked. When a holiday occurs on a Friday, Sunday or Monday, four (4) hours pay at the applicable premium rate will be paid, plus the hours actually worked.

176. If stand-by is required from 8:00 a.m. Monday through 8:00 a.m. Saturday, one (1) hour's pay per schedule day at the applicable premium rate plus hours actually worked on such duty will be paid.

177. If the Employer fails to make contributions to the local trust funds set forth in Article. XVI, the Employer shall be liable for all costs of collecting the payments together with attorneys and audit fees, interest at the highest rate permitted by the state in which the delinquency occurred, and such late payment fees and liquidated damages as may be assessed.

178. Contractors signatory to this Agreement performing work on any job where there is other work being manned, that is within the work jurisdiction of the Union and being done under a United Association local union, and/or a National Maintenance or Project Agreement, shall for the purpose of wages and/or working conditions on this job adhere to same as designated by the Maintenance or Project Agreement being used on this one project.

## ARTICLE 44 - Uniforms and Tools

179. When special uniforms are required by the employer, the employer shall supply such uniforms. When an employer's uniforms are not returned upon cessation of employment, the Business Manager or an appointed designee and the contractor will agree on the amount of compensation to be paid within (7) seven days.

180. The employee shall keep their self, their equipment and their company-owned vehicle in a neat, clean, and safe condition within their control.

181. Employees doing service or maintenance work may be required to furnish their own hand tools. No such tools shall exceed 14 inches in length. Pipe threading and pipe cutting tools, vises, welding torches, power tools and instruments for measuring temperatures, pressure, air velocities, voltage amperages, etc., shall not be deemed hand tools and shall be furnished by the Employer. Tools supplied by the employee to the Employer, which are broken or damaged or stolen, shall be repaired or replaced by the Employer. Employees shall be responsible for tools, equipment, vehicles, instruments, etc., supplied by the Employer, provided mutual security arrangements are made in the form of locked tool boxes, etc. Establishment of carelessness or negligence on the part of the employee shall make the employee liable for replacement of lost or stolen tools.

## ARTICLE 45 - Travel and Subsistence

182. Employees referred to jobs shall report to a location designated by the Employer. When requested to stay away from home overnight the employee shall be reimbursed for meals and lodging at reasonable rates which, when not previously established, will be substantiated by receipts.

183. It is the intent of this paragraph that the Employer shall provide the employees with a company vehicle when necessary in the performance of their duty. However, employees covered by this Agreement are permitted, on a temporary basis, to use their personal vehicles for transportation from home location to job and from one job to another during the workday and

may transport tools and materials.  Under such circumstances employees shall receive the current IRS Auto Mileage Allowance per mile for the use of their vehicle.  Where there is a local mechanical service and maintenance agreement clearly defining mileage rate for use of personal vehicles, the local provisions shall prevail.

184. All employees that drive company vehicles will be required to maintain a valid driver's license while in the employ of the Employer and the Employer shall have the right to check the validity of such driver's license at its discretion in accordance with company policy.

185. All travel time, in excess of reasonable commuting time, before and after an employee's normal work hours shall be paid for at straight time base rate, in such travel shall not be considered hours worked and the pay therefore shall not be considered as pay for hours worked.  No more than three (3) hours of travel time, at straight time base rate, shall be required of any employee in a twenty-four (24) hour period, and no more than nine (9) hours of travel time, payable at straight time base rate shall be required of an employee; all travel time hours over three (3) in a twenty-four (24) hour period, or more than nine (9) hours in a pay period shall be at the applicable overtime rate.

186. Reasonable commuting time shall be that time required for the employee to travel to and from job assignments within a 50 mile radius of his established residence (normally the Employers local office or a designated point to which the employee is permanently assigned).

## ARTICLE 46 - No Strike, No Lockout

187. During the term of this Agreement, each of the signatory parties agrees there will be no strikes, work stoppages or lockouts by members of the Union or by the Employer provided, however, the Union may strike where an Employer fails to pay wages in full and on time, or the Union and the Association have been simultaneously advised by the Administrative Officer of the fringe benefit funds in accordance with Article 16, that an Employer is delinquent in payment of fringe benefits. This Article shall apply only to Employers who are not signatory to an effective National Service and Maintenance Agreement.

188. This no strike - no lockout commitment is based upon the agreement by both parties to be bound by the grievance and arbitration provisions of this Agreement.

## ARTICLE 47- Mechanical Industry Promotion Fund of Kentucky

189. Each employer covered by this agreement shall pay to Mechanical Industry Promotion Fund of Kentucky the amounts as listed in Appendices per clock hour worked by and for employees covered by this agreement. Payments shall be received by the 15th of each month following the month which payment is being made. The employer shall be considered delinquent if payments are not received as outlined above. It is understood and agreed that no employee, employer or union has any vested or proprietary  interest in or right to any sum constituting a part of the Mechanical Industry Promotion Fund of Kentucky, and that no direct benefit is conferred upon or derived by any employee from the fund.

## ARTICLE 48 - Savings and Separability Clause

190.  No provision in this Agreement shall supersede any State or Federal law, which imposes more stringent requirements as to standards of working hours, rates of pay and/or any other conditions of employment provided herein. In the event any portion of this Agreement is found to be in conflict with the Labor-Management Relations Act of 1947, the Labor-Management Reporting and Disclosure Act of 1959, or any state "right to work" law, the same is hereby declared null and void without prejudice to any other provision contained herein.

## ARTICLE 49 - Duration and Termination

191. THIS AGREEMENT shall become effective August 1, 2017 and remain in effect thru July 31, 2022, and shall automatically renew itself from year to year thereafter, unless written notice of desire to modify or terminate is given by either party at least sixty (60) days prior to the expiration of the five year period, and at least sixty (60) days prior to the expiration of any annual period thereafter.  If such notice is given, negotiation for a new Agreement shall begin promptly. By mutual consent, this Agreement can be amended or added to at any time.

If State or Federal laws on hospitalization change then by mutual consent it will be discussed.

## ARTICLE 50 - Sole Agreement

192. This Agreement contains all of the covenants and stipulations and provisions agreed upon by the parties hereto and no representative of either of the parties shall be bound by any statement, representation or agreement not set forth herein.

KY-MCA

## ARTICLE 51 - General Provisions

193. Any Employer signatory hereto who is not a member of the Mechanical Contractors Association of Kentucky, Inc. by their signature hereto, agrees to abide by all the terms and conditions of this Agreement executed between the Union and the Association, as their exclusive bargaining agent.

**<u>Witness the signatures of the parties hereto on this 1st day of August, 2017</u>**

**U.A. LOCAL UNION 502**

**MECHANICAL CONTRACTORS ASSOCIATION OF KENTUCKY, INC.**

_____
Union Negotiating Committee Chairman
George D. DeSpain

_____
Employer Negotiating Committee Chairman
Charles J. Schutz

**Updated 9-13-17**

**Appendix "A"**

| | 08/01/17 | 08/01/18 | 08/01/19 | 08/01/20 | 08/01/21 |
|---|---|---|---|---|---|
| **RATES FOR JOURNEYMAN:** | | $1.50 | $1.15 | $1.15 | $1.15 |
| Straight Time Base Rate | $ 33.12 | Increase | Increase | Increase | Increase |
| **Net Wage Deductions** | | | | | |
| Advertising & Promotion Fund | $ 0.02 | | | | |
| State (KY & IN) PAC Fund | $ 0.05 | | | | |
| U.A. PAC | $ 0.05 | | | | |
| Union Check-Off 5% of Gross Wages | | | | | |
| **Fringe Benefits** | | | | | |
| Local Pension | $ 10.55 | | | | |
| U.A. National Pension | $ 0.83 | | | | |
| U.A. International Training Fund | $ 0.10 | | | | |
| Hospital, Medical & Life Insurance | $ 7.29 | | | | |
| Healthcare Reimbursement Account | $ 1.35 | | | | |
| Education Fund | $ 0.66 | | | | |
| PICK | $ 0.09 | | | | |
| **Total Fringes** | **$ 20.87** | | | | |
| | | | | | |
| Industry Fund MCAKY | $ 0.24 | | | | |
| **Total Package** | **$ 54.23** | | | | |

| **Rates for Foreman** | |
|---|---|
| **General Foreman** 8% of Journeyman | $ 2.65 |
| 10% if he/she has received Certificate | |
| of foreman Training from Local 502 | |
| Training Center | $ 3.31 |
| **Foreman** 5% of Journeyman | $ 1.66 |
| 8% if he/she has received Certificate | |
| of Foreman Training from Local 502 | |
| Training Center | $ 2.65 |

**OVERTIME RATES (LABOR DAY EXCLUDED)**

Overtime – The first two (2) hours performed in excess of eight (8) hour workday, Monday through Friday, and the first ten (10) hours on Saturday, shall be paid at one-and-one half (1 ½) times the hourly rate. All work performed on Sundays and Holidays and in excess of ten (10) hours a day shall be paid double the hourly rate of pay. Any job and/or shop working 4-10's, the 11th and 12th hours will be paid at one and one-half (1 ½) times the hourly rate, the 13th hour and after becomes double time.

**OVERTIME BENEFIT RATES**

Time & One Half - $0.50 an hour plus current Pension rate

Double Time - $1.00 an hour plus current Pension rate

KY-MCA

| | Apprentices Rates | 8-1-17/7-31-18 | | | |
|---|---|---|---|---|---|
| | **1st Year** | **2nd Year** | **3rd Year** | **4th Year** | **5th Year** |
| | **50%** | **60%** | **65%** | **70%** | **75%** |
| Straight Time Base Rate | $ 16.62 | $ 19.92 | $ 21.57 | $ 23.22 | $ 24.87 |
| **Net Wage Deductions** | | | | | |
| Advertising & Promotion Fund | $ 0.02 | $ 0.02 | $ 0.02 | $ 0.02 | $ 0.02 |
| State (KY & IN) PAC Fund | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 |
| U.A. PAC | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 |
| Union Check-Off 5% of Gross Wages | | | | | |
| **Fringe Benefits** | | | | | |
| Local Pension | $ 1.60 | $ 1.60 | $ 7.07 | $ 7.57 | $ 8.06 |
| U.A. National Pension | $ 0.83 | $ 0.83 | $ 0.83 | $ 0.83 | $ 0.83 |
| U.A. International Training Fund | $ 0.10 | $ 0.10 | $ 0.10 | $ 0.10 | $ 0.10 |
| Hospital, Medical & Life Insurance | $ 7.29 | $ 7.29 | $ 7.29 | $ 7.29 | $ 7.29 |
| Healthcare Reimbursement Account | $ 1.35 | $ 1.35 | $ 1.35 | $ 1.35 | $ 1.35 |
| Education Fund | $ 0.66 | $ 0.66 | $ 0.66 | $ 0.66 | $ 0.66 |
| PICK | $ 0.09 | $ 0.09 | $ 0.09 | $ 0.09 | $ 0.09 |
| **Total Fringes** | $ 11.92 | $ 11.92 | $ 17.39 | $ 17.89 | $ 18.38 |
| Industry Fund MCAKY | $ 0.24 | $ 0.24 | $ 0.24 | $ 0.24 | $ 0.24 |
| **Total Package** | $ 28.78 | $ 32.08 | $ 39.20 | $ 41.35 | $ 43.49 |

## OVERTIME RATES (LABOR DAY EXCLUDED)

Overtime – The first two (2) hours performed in excess of eight (8) hour workday, Monday through Friday, and the first ten (10) hours on Saturday, shall be paid at one-and-one half (1 ½) times the hourly rate. All work performed on Sundays and Holidays and in excess of ten (10) hours a day shall be paid double the hourly rate of pay. Any job and/or shop working 4-10's, the 11th and 12th hours will be paid at one and one-half (1 ½) times the hourly rate, the 13th hour and after becomes double time.

## OVERTIME BENEFIT RATES

Time & One Half - $0.50 an hour plus current Pension rate

Double Time - $1.00 an hour plus current Pension rate

KY-MCA

| Mechanical Equipment Serviceman | 8-1-17/7-31-18 | |
|---|---|---|
| | 80% | |
| Straight Time Base Rate | $ | 26.52 |
| **Net Wage Deductions** | | |
| Advertising & Promotion Fund | $ | 0.02 |
| State (KY & IN) PAC Fund | $ | 0.05 |
| U.A. PAC | $ | 0.05 |
| Union Check-Off 5% of Gross Wages | | |
| **Fringe Benefits** | | |
| Local Pension | $ | 8.56 |
| U.A. National Pension | $ | 0.83 |
| U.A. International Training Fund | $ | 0.10 |
| Hospital, Medical & Life Insurance | $ | 7.29 |
| Healthcare Reimbursement Account | $ | 1.35 |
| Education Fund | $ | 0.66 |
| PICK | $ | 0.09 |
| **Total  Fringes** | $ | 18.88 |
| Industry Fund  MCAKY | $ | 0.24 |
| **Total Package** | $ | 45.64 |

| Mechanical Equipment Tradesman | 8-1-17/7-31-18 | |
|---|---|---|
| | 50% | |
| Straight Time Base Rate | $ | 16.62 |
| **Net Wage Deductions** | | |
| Advertising & Promotion Fund | $ | 0.02 |
| State (KY & IN) PAC Fund | $ | 0.05 |
| U.A. PAC | $ | 0.05 |
| Union Check-Off 5% of Gross Wages | | |
| **Fringe Benefits** | | |
| Local Pension | $ | 5.58 |
| U.A. International Training Fund | $ | 0.10 |
| Hospital, Medical & Life Insurance | $ | 7.29 |
| Healthcare Reimbursement Account | $ | 1.35 |
| Education Fund | $ | 0.66 |
| PICK | $ | 0.09 |
| **Total  Fringes** | $ | 15.07 |
| Industry Fund  MCAKY | $ | 0.24 |
| **Total Package** | $ | 31.93 |

## APPENDIX "C"

**PRE-APPRENTICE SUPPLEMENTAL AGREEMENT**

This Supplemental Agreement made and entered into this 1st day of August 2017, by and between any signatory Contractors, hereinafter referred to as the "Employer" and Plumbers and Pipefitters Local Union 502, Louisville, Kentucky, hereinafter referred to as the "Union." This Agreement is supplementary to the present Collective Bargaining Agreement by and between the Employer and the Union, applies only to Plumber and Pipefitter Pre-Apprentices, and expires on July 31, 2021.

Pre-apprentices may be employed by employers when they meet the apprentice ratio in the Collective Bargaining Agreement (CBA), provided apprentices are available. The ratio of Pre-apprentices to be employed will be based on the current Apprentice to Journeyman ratio under Article 10, paragraph 54 of the CBA. The employer must notify the Union when pre-apprentices are required. All pre-apprentices will be dispatched from Local 502 per the Collective Bargaining Agreement.

In the event of any possible questions as to specific duties that may be assigned to a pre-apprentice, it is the responsibility of the Employer to check with the Union representatives prior to assigning the duties to the pre-apprentice in order to preclude a misunderstanding.

The pre-apprentice **cannot** use an open flame to cut pipe or material that would be used for pipe installation, thread or groove pipe, install hangers, install pipe or join pipe in any fashion.

a)     The maximum number of pre-apprentices employed on any one project will be seven (7) pre-apprentices.

b) Pre-apprentices will receive 45% of the Building Trades Journeyman straight time base rate.

c) Overtime rate will be paid per the Collective Bargaining Agreement.

d) Any violation of this Agreement may result in the removal of all pre-apprentices.

e) A Pre-apprentice will register with the Local Union and receive a registration card to be carried at all times.

f) There will be a monthly evaluation signed by the Foreman to document the Pre-apprentice's performance.

g) There will be a $50.00 (Fifty dollar) registration fee.

h) A Pre-apprentice will be on probation and may work no longer than (2) years under this agreement if they are not accepted in the Apprenticeship Program by the selection procedures outlined in the current Apprenticeship Standards of Local Union 502.

i) While working under this program, a pre-apprentice is not guaranteed acceptance in the Apprenticeship Program, but may have his term extended by Local 502.

j) A pre-apprentice must be under the direct supervision of a Journeyman at all times.

k) Pre-apprentices will receive Health Insurance in one of the following (3) two ways;

(1) Covered under their parent/guardian plan

(2) Covered under an employer plan at no cost to the pre-apprentice

(3)  Covered under a Pre-apprentice plan with hourly contributions in CBA.

Proof of health insurance must be on file at the local 502 union hall.

l) All pre-apprentices must have a current drug card and (10) ten hours of OSHA training before them starting work.

m) A pre-apprentice can assist in the handling of material to the installers.

| Journeymen | 1 | 5 | 9 | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 39 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apprentices | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Pre-Apprentices | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 3 | 3 | 4 | 4 | 4 |

## Appendix "C"

| Pre-Apprentice Classifcations: | 8-1-17/7-31-18 | |
|---|---|---|
| | | 45.00% |
| Straight Time Base Rate | $ | 14.85 |
| **Fringe Benefits** | | |
| Hospital, Medical  * Optional | $ | 5.00 |
| Education Fund | $ | 0.16 |
| PICK | $ | 0.05 |
| **Sub-Total** | $ | 5.21 |
| Industry Fund  MCAKY | $ | 0.05 |
| **Total Package** | $ | 20.11 |

Deductions:
Union Check-Off 5% of Gross Wages
**OVERTIME RATES (LABOR DAY EXCLUDED) PER JOURNEYMAN SCHEDULE**

## APPENDIX "D"
## METAL TRADES AGREEMENT

**Article I**      **Purpose**
         (A)      This Appendix shall serve as a guide for the employer for wage and classification of Metal
                   Trades when used in conjunction with the "National Minimum Standard Agreement for a
                   Commercial Pipe Fabrication Shop," and the Local Fab Shop Agreement.

**Article II**     **Scope**
         (A)      The jurisdiction of Metal Trades Employees shall be set forth under Article VII of the
                   "National Minimum Standard Agreement for a Commercial Pipe Fabrication Shop."

**Article III**    **Classification**
         (A)      The Metal Trades jurisdiction set forth in Article I of this Appendix shall be divided into
                   Three classifications:

KY-MCA

1)     Job Class 1
Employees whose duties will be limited to: Janitors, Sweepers, and clean-up personnel.
2)     Job Class II
Employees whose duties will be limited to work jurisdictions as set forth in Article
VII, Section 22(a), Paragraphs 1,2,3,4,8,9,10, and 11, of the "National Minimum
Standard Agreement for a Commercial Pipe Fabrication Shop."
3)     Job Class III
Employees whose duties will be limited to work jurisdiction as set forth in Article VII, Section 22(a), Paragraphs 5,6,7,12, and 13 of the "National Minimum Standard Agreement
for a Commercial Pipe Fabrication Shop."

## Article IV     Wages

(A)     Job Class I -     Current wage plus 37 ½ % of negotiated wage and pension increases plus Hospital, Medical & Life Insurance and other listed Fringe Benefits.

(B)     Job Class II -     Current wage plus 62 % of negotiated wage and pension increases plus Hospital, Medical & Life Insurance and other listed Fringe Benefits.

(C)     Job Class III - Current wage plus 70 % of negotiated wage and pension increases plus Hospital, Medical & Life Insurance and other listed Fringe Benefits.

## Article V     Benefits

(A)     Employees shall participate in the Plumbers, Pipefitters and Service Technicians Local Union No 502 Health and Welfare Plan as set forth in Appendix "A" of this Agreement.

(B)     Employees shall participate in the Plumbers and Pipefitters Local 502 & 633 Pension Plan.

## Appendix "D"  8-1-17/7-31-18

| Metal Trades: | Class 1 | Class 2 | Class 3 |
|---|---|---|---|
| Straight Time Base Rate | $ 8.81 | $ 17.45 | $ 20.25 |
| **Net Wage Deductions** | | | |
| State (KY & IN) PAC Fund | $ 0.05 | $ 0.05 | $ 0.05 |
| U.A. PAC | $ 0.05 | $ 0.05 | $ 0.05 |
| Advertising | $ 0.02 | $ 0.02 | $ 0.02 |
| Total fringes to be transmitted for each hour worked | | | |
| Union Check-off 5% Gross Wages | | | |
| Deduction of Union Stamp | | | |
| **Fringe Benefits** | | | |
| Local Pension | $ 4.38 | $ 6.77 | $ 7.57 |
| Hospital, Medical & Life Insurance | $ 7.29 | $ 7.29 | $ 7.29 |
| Healthcare Reimbursement Account | $ 1.35 | $ 1.35 | $ 1.35 |
| Education Fund | $ 0.16 | $ 0.16 | $ 0.16 |
| PICK | $ 0.05 | $ 0.05 | $ 0.05 |
| **Total  Fringes** | $ 13.23 | $ 15.62 | $ 16.42 |
| Industry Fund  MCAKY | $ 0.05 | $ 0.05 | $ 0.05 |
| **Total Package** | $ 22.09 | $ 33.12 | $ 36.72 |

**OVERTIME BENEFIT RATES**

Time & One Half - $0.25 an hour plus current Pension rate

Double Time - $.50 an hour plus current Pension rate

Overtime Rates - As outlined in Appendix "A" Wage Rate For Plumbers & Pipefitters Local 502

KY-MCA

## PLUMBERS AND PIPEFITTERS NATIONAL
## PENSION FUND
### Amended Standard Form of Participative Agreement

The undersigned Employer and Union agree that the Employer shall make pension contributions to the National Pension Fund in accordance with the terms of this agreement on behalf of those employees who are covered by the National Pension Fund pursuant to the Collective Bargaining Agreement.

1. (a) Commencing with the 1st day of August, 2012, and for the duration of the current Collective Bargaining Agreement between the said parties, and any renewals or extensions thereof, the Employer agrees to make payments to the Plumbers and Pipefitters National Pension Fund for each Employee who is covered by the Plan in each classification listed below in accordance with the said Collective Bargaining Agreement, as follows:

| CLASSIFICATION | AMOUNT |
|---|---|
| Journeyman | $ 0.83 per hour |
| Apprentice | $ 0.83 per hour |
| Mechanical Equipment Service Journeyman. | $ 0.83 per hour |

Any classification of Employees who are excluded from the Plan pursuant to good faith bargaining and for whom contributions are not required by the collective bargaining agreement shall not participate in the Plan. Persons in such excluded classifications shall not be considered "Employees" for purposes of the Plan and this Standard Form of Participation Agreement.

(b)  The Employer shall make the contributions set out in subparagraph 1(a) for each hour or portion thereof, for which an Employee is paid or entitled to payment for performance of duties for the Employer.  (Each overtime hour shall be counted as one regular hour for which contributions are payable).

(c)  Contributions as set out in subparagraph 1(a) above shall be paid starting with the Employee's first day of employment in a job classification covered by the Collective Bargaining Agreement.

(d)  The employer shall continue contributions to the Fund for any compensated Employees who were previously covered by the Fund as members of the bargaining unit and who are continuing to perform work of the type covered by the Collective Bargaining Agreement for at least half of their hours with the Employer.  It is understood that the Employer may not make contributions on behalf of an Employee who owns, or whose spouse owns, 10% or more of the corporation unless it signs and abides by a participation agreement covering such owner Employees.  It is also agreed that the Employer shall not make contributions to the Fund on behalf of any Employees other than those specified herein.

2.  The payments to the Pension Fund required above shall be made to the "Plumbers and Pipefitters National Pension Fund" which was established under an Agreement and Declaration of Trust, dated July 23, 1968 and restated December 13, 1978.  The Employer, by signing this Standard Form of Participation Agreement, or by signing a Collective Bargaining Agreement providing for participation in the Plumbers and Pipefitters National Pension Fund, agrees to be bound by all of the terms and conditions of the Restated Agreement and Declaration of Trust.  Any Employer so adopting the Restated Agreement and Declaration of Trust thereby ratifies, accepts and designates as its representatives the Employer Trustees then serving as such and authorizes said Employer Trustees to designate additional Employer Trustees and successor Employer Trustees in accordance with the terms and conditions thereof, and authorizes the Trustees to adopt amendments to the Restated Agreement and Declaration of Trust.  The Employer hereby acknowledges receipt of a copy of the Restated Agreement and Declaration of Trust in effect when this Agreement is signed.

3.  It is agreed that the Pension Plan adopted by the Trustees of the said Pension Fund shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions to the Pension Fund as a deduction for income tax purposes.

4.  It is agreed that all contributions shall be made at such time and in such manner as the Trustees require, and the Trustees shall have the authority to retain an accountant or accounting firm to perform payroll audits of the Employer to determine whether the correct amount of contributions have been made or to determine whether contributions have been made on behalf of all Employees covered by the Plan.

5.  If an Employer fails to make contributions to the Pension Fund within 20 days of the end of the month during which the work was performed, the Union shall have the right to take whatever steps are necessary to secure compliance, any provision of the Collective Bargaining Agreement to the contrary notwithstanding, and the Employer shall be liable for all costs and expenses for collecting the payments due, together with attorneys' fees, interest on the unpaid contributions of 12% per annum, and liquidated damages of 10% of the unpaid contributions.  The employer's liability for payment hereunder shall not be subject to the grievance or arbitration procedure or the "no-strike" clause provided under the Collective Bargaining Agreement.

6.  The parties agree that this Participation Agreement shall be considered a part of the Collective Bargaining Agreement between the undersigned parties.

7.  The expiration date of the present Collective Bargaining Agreement between the undersigned parties is July 31, 2017.  Copies of the Collective Bargaining Agreement and all renewal or extension agreements will be furnished promptly to the Pension Fund office and, if not consistent with this Participation Agreement, can be used by the Trustees as the basis for termination of participation of the Employer.

FOR LOCAL UNION 502
UNITED ASSOCIATION

BY _____
               Authorized Union Officer

FOR THE EMPLOYER'

_____
               (Insert Name of Employer)

Address _____

BY _____
               Authorized Officer of Employer

Date _____, 20_____

KY-MCA

**THIS PAGE IS TO BE SIGNED ONLY BY THOSE SIGNATORY TO THE
COMMERCIAL PIPE FABRICATION AGREEMENT**

**EMPLOYER:**

1. COMPANY NAME:_____

2. ADDRESS: _____

   CITY & STATE: _____

3. TELEPHONE NUMBER:_____

4. FAX NUMBER: _____

5. CORPORATION _____     PARTNERSHIP _____     INDIVIDUALLY OWNED _____

SIGNED BY: _____
                        (Signature)

   _____
   (Please  type or print name of above signature)

TITLE: _____

DATE: _____


**UNION:**

SIGNED BY: _____

KY-MCA

**THIS PAGE IS TO BE SIGNED FOR THE CONSTRUCTION AND LOCAL SERVICE AGREEMENT**

**EMPLOYER:**

1. COMPANY NAME:_____

2. ADDRESS: _____

   CITY & STATE: _____

3. TELEPHONE NUMBER:_____

4. FAX NUMBER: _____

5. CORPORATION _____     PARTNERSHIP _____     INDIVIDUALLY OWNED _____

SIGNED BY: _____
                        (Signature)

_____
(Please  type or print name of above signature)

TITLE: _____

DATE: _____


**UNION:**

SIGNED BY: _____

KY-MCA