# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND; PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND; PLUMBERS AND PIPEFITTERS LOCAL 502 JOINT EDUCATIONAL & TRAINING FUND; MECHANICAL INDUSTRY PROMOTION FUND OF KENTUCKY; PIPING INDUSTRY COOPERATIVE OF KENTUCKIANA; and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL 502, <br><br> Plaintiffs, <br><br> vs. <br><br> FACKLER PLUMBING, LLC, a Kentucky Limited Liability Company; ANDREA FACKLER, an individual; and ASHLEY FACKLER, an individual, <br><br> Defendants. | Civil Case No. 3:21-CV-761-BJB <br><br> (Electronically Filed) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the Plaintiffs, and move this Court, pursuant to Local Rule 83.2, to grant Attorney Adam Y. Decker admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent the Plaintiffs in the above captioned case, and in support states as follows:

1. Adam Y. Decker is an associate attorney at the law firm of Johnson & Krol, LLC with offices at 450 E. 96th Street, Suite 500, Indianapolis, Indiana 46240. His direct line is (317) 754-8720. His firm e-mail address is decker@johnsonkrol.com.

2. Adam Y. Decker was admitted to the State Bar of Indiana on September 21, 2020. His Indiana Bar Number is 36407-53.

3. Adam Y. Decker holds a certificate of good standing from the Supreme Court of the State of Indiana. (A Certificate of Good Standing from the Supreme Court of the State of Indiana is attached as **Exhibit 1**).

4. Adam Y. Decker has never been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia. (**Exhibit 1**).

5. Adam Y. Decker consents to be subject to the jurisdiction and rules of this court and the Kentucky Supreme Court governing professional conduct.

6. Prior to Adam Y. Decker's admission to the United States District Court for the Southern District of Indiana in September 2020, he completed an online training program regarding the CM/ECF filing system and is proficient in its functionality.

7. The filling fee of $125.00 has been submitted with this motion for *pro have vice* admission.

8. Along with this Motion, I have also enclosed a proposed order granting Adam Y. Decker admission to practice *pro hac vice*.

WHEREFORE, Plaintiffs hereby request that this Court enter an order permitting Adam Y. Decker admission to the Western District of Kentucky *pro hac vice* to represent the Plaintiffs in the above captioned case only.

    Respectfully submitted,

    /s/ Dennis R. Johnson
    Dennis R. Johnson (KY Bar No. 96387)
    Johnson & Krol, LLC
    311 S. Wacker Drive, Suite 1050
    Chicago, Illinois 60606
    (312) 372-8587
    johnson@johnsonkrol.com
    *Attorney for Plaintiffs*

/s/ Adam Y. Decker
Adam Y. Decker (IN Bar No. 36407-53)
Johnson & Krol, LLC
450 E. 96th Street, Suite 500
Indianapolis, Indiana 46240
(317) 754-8720
decker@johnsonkrol.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on January 27, 2022, the foregoing Motion for Admission to Practice *Pro Hac Vice* was served on Defendants' counsel via operation of the Court's CM/ECF system at the email below:

 Michael G. Swansburg, Jr.
*Counsel for Defendants*
Swansburg & Smith. PLLC
291 N. Hubbards Lane, Suite 172
Louisville, Kentucky 40207
mgs@swansburgandsmith.com

               /s/ Dennis R. Johnson