## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND; PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND; PLUMBERS AND PIPEFITTERS LOCAL 502 JOINT EDUCATIONAL & TRAINING FUND; MECHANICAL INDUSTRY PROMOTION FUND OF KENTUCKY; PIPING INDUSTRY COOPERATIVE OF KENTUCKIANA; and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL 502,<br><br>          Plaintiffs,<br><br>vs.<br><br>FACKLER PLUMBING, LLC, a Kentucky Limited Liability Company; ANDREA FACKLER, an individual; and ASHLEY FACKLER, an individual,<br><br>          Defendants. | Civil Case No. 3:21-CV-761-BJB<br><br>(Electronically Filed) |

### ORDER FOR ADMISSION *PRO HAC VICE*

\* \* \* \* \*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* filed by Plaintiffs in the above-captioned matter. The Court, having review the motion and its attachments as required by LR 83.2, having found that the movant has complied with all elements of LR 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

    1. Adam Y. Decker is granted leave to appear *pro hac vice* for the Plaintiffs in this action.

2. If during the pendency of this action, Adam Y. Decker is disbarred, suspended from practice, is not in good standing with the Bar to which he is a member, or is subject to any other disciplinary action by any court, state, territory or the District of Columbia, Adam Y. Decker must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

Tendered by:

/s/ Dennis R. Johnson
Dennis R. Johnson (KY Bar No. 96387)
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 372-8587
johnson@johnsonkrol.com

*Attorney for Plaintiffs*