IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND, ET AL., | ) ) ) |
| PLAINTIFFS, | ) ) *Electronically Served* |
| v. | ) ) ) Civil Action No. 3:21-cv-761-BJB-RSE |
| FACKLER PLUMBING, LLC, ET AL., | ) ) |
| DEFENDANTS. | ) ) ) |

**DEFENDANT FACKLER PLUMBING, LLC'S, RULE 7.1 DISCLOSURE STATEMENT**

Defendant Fackler Plumbing, LLC ("Fackler Plumbing"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Fackler Plumbing is a limited liability company organized under the laws of the Commonwealth of Kentucky. Although Fackler Plumbing operates under an assumed name of "Fackler Mechanical," it has no parent corporation and it does not have or issue any stock to be owned in any part by a publicly held corporation.

Respectfully submitted,

*/s/ Michael G. Swansburg, Jr.*
Michael G. Swansburg, Jr.
J. Brooken Smith
SWANSBURG & SMITH, PLLC
291 N. Hubbards Lane, Suite 172
Box 321
Louisville, Kentucky  40207
Phone: (502) 805-5960
mgs@swansburgandsmith.com
jbs@swansburgandsmith.com

1

*Counsel for Defendants,*
*Fackler Plumbing, LLC, Andrea Fackler,*
*and Ashley Fackler*

## CERTIFICATE OF SERVICE

I hereby certify that I filed a true and accurate copy of the foregoing Defendant Fackler Plumbing, LLC's, Rule 7.1 Disclosure Statement on February 17, 2022, via the Court's CM/ECF electronic filing system, which will serve a copy of the same via electronic mail upon the following:

Dennis R. Johnson
Adam Y. Decker
JOHNSON & KROL, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois  60606
Phone: (312) 372-8587
johnson@johnsonkrol.com
decker@johnsonkrol.com

*Counsel for Plaintiffs,*
*Plumbers and Pipefitters Local 502 Health*
*and Welfare Trust Fund, Plumbers and*
*Pipefitters Locals 502 & 633 Pension Trust*
*Fund, Plumbers and Pipefitters Local 502*
*Joint Educational & Training Fund,*
*Mechanical Industry Promotion Fund of*
*Kentucky, Piping Industry Cooperative of*
*Kentuckiana, and Plumbers, Pipefitters*
*and Service Technicians Local 502*

*/s/ Michael G. Swansburg, Jr.*
*Counsel for Defendants,*
*Fackler Plumbing, LLC, Andrea Fackler,*
*and Ashley Fackler*